O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN R.T., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-09168 DDP (ADS) <br><br> ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief in Support of Complaint (Dkt. No. 10), Defendant's Response Brief (Dkt. No. 13), Plaintiff's Reply (Dkt. No. 14), and the Report and Recommendation of United State Magistrate Judge (Dkt. No. 18). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 18) is accepted;

///

2. The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and

3. Judgment is to be entered accordingly.

DATED: March 10, 2025

_____
THE HONORABLE DEAN D. PREGERSON
United States District Judge