JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMAN R. T., | Case No. 2:23-cv-09168 DDP (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED: March 10, 2025

_____
THE HONORABLE DEAN D. PREGERSON
United States District Judge